IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA        *
                                *
        v.                      *        CR 124-068
                                *
DANTAVION JONES                 *

---

O R D E R

---

Upon due consideration, the captioned criminal matter is hereby transferred to the Honorable J. Randal Hall, District Judge, Southern District of Georgia, for plenary disposition.

**ORDER ENTERED** at Augusta, Georgia this 23rd day of December, 2024.

UNITED STATES DISTRICT JUDGE