**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **INFORMATION NO. 1:24-cr-068** |
| **v.** | ) | |
| | ) | |
| **DANTAVION JONES** | ) | |

**NOTICE OF ATTORNEY APPEARANCE**

Now comes the United States of America, by and through Margaret E. Heap, United States Attorney for the Southern District of Georgia, and files an entry of appearance for J. Bishop Ravenel in the above-captioned matter. The undersigned requests to receive notice for all future pleadings, notices and correspondence.

This 19th day of March 2026.

Respectfully submitted,

MARGARET E. HEAP
UNITED STATES ATTORNEY

*/s/ J. Bishop Ravenel*
J. Bishop Ravenel
Assistant United States Attorney
Virginia Bar No. 70250
United States Attorney's Office
Southern District of Georgia
P.O. Box 8970
Savannah GA 31412
Email: Bishop.Ravenel@usdoj.gov
Telephone: 912-652-4422