IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| United States of America,<br><br>v.<br><br>Dantavion Jones,<br>*Defendant*. | Case No.:<br><br>1:24-cr-00068-1 |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted and otherwise authorized to practice in this court, and I appear in this case as counsel for Dantavion Jones.

This the 25th day of June, 2026.

Respectfully submitted,

/s/ J. Scott Key
J. Scott Key
Ga. Bar No. 416839
*Attorney for Defendant*

J. Scott Key, LLC
199 W. Jefferson Street
Madison, Georgia 30650
Phone: (678) 610-6624
Email: scott@scottkeylaw.com

## CERTIFICATE OF SERVICE

I certify that I have served an accurate and true copy of the following entry of appearance, by electronically filing and serving through the CM/ECF system:

Kelsey Lane Scanlon
Assistant United States Attorney
600 James Brown Blvd.
Suite 200
Augusta, Georgia 30901
Kelsey.Scanlon@usdoj.gov

This the 25th day of June, 2026.

/s/ J. Scott Key
J. Scott Key
Ga. Bar No. 416839
*Attorney for Defendant*

J. Scott Key, LLC
199 W. Jefferson Street
Madison, Georgia 30650
Phone: (678) 610-6624
Email: scott@scottkeylaw.com